**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Specialty Dental Holdings, LLC |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8  6 – 2  8  1  6  3  3  4 |

**4. Debtor's address**

**Principal place of business**

607 Cutlas
Number          Street

Austin, TX 78734
City                    State    ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                    State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   __Specialty Dental Holdings, LLC_____   Case number *(if known)* _____

      Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

             District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                       MM / DD / YYYY

       Case number, if known _____

Debtor    Specialty Dental Holdings, LLC
          Name

Case number *(if known)*

---

| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number    Street |
| | _____ |
| | City    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.  Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

---

## Statistical and administrative information

| **13. Debtor's estimation of available funds?** | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Specialty Dental Holdings, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/10/2023
MM/ DD/ YYYY

X  /s/ James Usdan                                    James Usdan
Signature of authorized representative of debtor        Printed name

Title                 CEO

**18. Signature of attorney**

X        /s/ Stephen W. Sather                Date  07/10/2023
Signature of attorney for debtor                      MM/ DD/ YYYY

Stephen W. Sather
Printed name

Barron & Newburger, P.C.
Firm name

7320 N. MoPac Expressway 400
Number        Street

Austin                              TX        78731
City                                State      ZIP Code

(512) 653-1009                      ssather@bn-lawyers.com
Contact phone                       Email address

Bar number                          State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Specialty Dental Holdings, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☑ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | |
| 3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | |
| Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number | |
| **None** | |
| 4.  **Other cash equivalents** *(Identify all)* | |
| **None** | |
| 5.  **Total of Part 1** | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $0.00 |

### Part 2: Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7.  **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| **None** | |

Debtor    __Specialty Dental Holdings, LLC__                          Case number *(if known)* _____
             Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9. **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                **$0.00**

---

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:  _____  -  _____  = ...... ➜  _____
                    face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:  _____  -  _____  = ...... ➜  _____
                    face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                **$0.00**

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

Debtor    __Specialty Dental Holdings, LLC_____        Case number *(if known)* _____
      Name

None

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.       **$0.00**

---

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

None

**20. Work in progress**

None

**21. Finished goods, including goods held for resale**

None

**22. Other inventory or supplies**

None

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.       **$0.00**

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor __**Specialty Dental Holdings, LLC**_____     Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

Debtor    __Specialty Dental Holdings, LLC_____    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **None** | | | |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **None** | | | |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                    $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| Debtor | __Specialty Dental Holdings, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                              $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                              $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10: Intangibles and Intellectual Property

Debtor    **Specialty Dental Holdings, LLC**
          Name                                                                Case number *(if known)*

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**None**

**61. Internet domain names and websites**

**None**

**62. Licenses, franchises, and royalties**

**None**

**63. Customer lists, mailing lists, or other compilations**

**None**

**64. Other intangibles, or intellectual property**

**None**

**65. Goodwill**

**None**

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                         **$0.00**

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Debtor    **Specialty Dental Holdings, LLC**                                      Case number *(if known)*
          Name

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

**None**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                              **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  **Specialty Dental Holdings, LLC**
Name

Case number *(if known)*

---

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $0.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................ | | $0.00 |

Fill in this information to identify the case:

Debtor name ___Specialty Dental Holdings, LLC_____

United States Bankruptcy Court for the: _____Western_____ District of _____Texas_____
                                                   (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | _____ | _____ |
| **Creditor's mailing address** | | | |
| **Creditor's email address, if known** | **Describe the lien** | | |
| **Date debt was incurred** _____ | **Is the creditor an insider or related party?** ☐ No ☐ Yes | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is anyone else liable on this claim?** ☐ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** ☐ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. _____ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     _____

Fill in this information to identify the case:

Debtor name _____ Specialty Dental Holdings, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

| **2.2** | Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **Specialty Dental Holdings, LLC** | Case number *(if known)* |
| | Name | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**
Air Supply of North Texas

2829 Fort Worth Ave

Dallas, TX 75211

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,340.48

---

**3.2**  **Nonpriority creditor's name and mailing address**
Alamo Welding Supply Company

PO Box 6356 Austin TX 78762

PO Box 6356

Austin, TX 78762

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,156.52

---

**3.3**  **Nonpriority creditor's name and mailing address**
American Orthodontics

3524 Washington Avenue

Sheboygan, WI 53081

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,154.08

---

**3.4**  **Nonpriority creditor's name and mailing address**
American Orthodontist

American Orthodontist

3524 Washington Avenue

Sheboygan, WI 53081

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Services and Goods

Is the claim subject to offset?
☑ No
☐ Yes

$717.06

Debtor  **Specialty Dental Holdings, LLC**                                        Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**AOA Orthodontics Lab**

**1717 W Collins Ave Orange CA 92867**

**1717 W Collins Avenue**

**CA 92687**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $3,509.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Atkins Pharmacy Services**

**701 Third Street**

**Marble Falls, TX 78654**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $401.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Atrium-HC**

**608 Gateway Central**

**Marble Falls, TX 78654**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $59,682.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Austin II, SIV, LLC**

**7900 Glades Road 600**

**Boca Raton, FL 33434**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $70,884.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Specialty Dental Holdings, LLC**
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

**3.9** Nonpriority creditor's name and mailing address

BencoDenta;

PO Box 491

Pittston, PA 18640

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,596.11

**3.10** Nonpriority creditor's name and mailing address

Cloud Dentistry

10 Mansell Court East 100

Roswell, GA 30076

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,254.56

**3.11** Nonpriority creditor's name and mailing address

Communication By Hand

PO Box 9064

Austin, TX 78766

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$543.00

**3.12** Nonpriority creditor's name and mailing address

CT Corporation

PO Box 4349

Carol Stream, IL 60197-4349

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,090.00

Debtor   **Specialty Dental Holdings, LLC**                              Case number *(if known)* _____
         Name

| **Part 2:** | Additional Page |

---

**3.13** Nonpriority creditor's name and mailing address

**DDS Match South**

**330 Franklin Road 135A-177**

**Brentwood, TN**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,000.00

---

**3.14** Nonpriority creditor's name and mailing address

**Design Ergonomics**

**198 Airport Road**

**Fall River, MA 02720**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,822.50

---

**3.15** Nonpriority creditor's name and mailing address

**Design Ergonomics, Inc.**

**Design Ergonomics, Inc.**

**198 Airport Road**

**Fall River, MA 02720**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,817.50

---

**3.16** Nonpriority creditor's name and mailing address

**Discus Dental**

**PO Box 847632**

**Dallas, TX 75284**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,706.92

---

Debtor **Specialty Dental Holdings, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

| | |
|---|---|
| **3.17** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| **DynaFlex** | *Check all that apply.* |
| | ☐ Contingent |
| **8050 Hawk Ridge Trail Lake** | ☐ Unliquidated |
| **Lake Saint Louis, MO 63367** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

$256.05

| | |
|---|---|
| **3.18** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| **Foley Fire Extinguisher Company** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 2791** | ☐ Unliquidated |
| **Cedar Park, TX 78630** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

$165.36

| | |
|---|---|
| **3.19** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| **G&H Orthodontics** | *Check all that apply.* |
| | ☐ Contingent |
| **40 Linville Way** | ☐ Unliquidated |
| **Franklin, IN 46131** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

$5,003.77

| | |
|---|---|
| **3.20** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| **G3 Plumbing** | *Check all that apply.* |
| | ☐ Contingent |
| **2930 FM 917** | ☐ Unliquidated |
| **Georgetown, TX 78626** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

$568.31

---

| Debtor | **Specialty Dental Holdings, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

### 3.21

**Nonpriority creditor's name and mailing address**

Harris & Ward

333 E Short Street 120

Lexington, KY 40507

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20,440.00**

---

### 3.22

**Nonpriority creditor's name and mailing address**

Harris & Ward

Harris & Ward

333 E Short Street 120

Lexington, KY 40507

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,900.00**

---

### 3.23

**Nonpriority creditor's name and mailing address**

Henry Schein

135 Duryea Road w

Melville, NY 11747

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,198.28**

---

### 3.24

**Nonpriority creditor's name and mailing address**

Henry Schein HC

135 Duryea Road

Melville, NY 11747

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,270.52**

Debtor __**Specialty Dental Holdings, LLC**_____  Case number *(if known)* _____
  Name

## Part 2: Additional Page

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,735.35**
*Check all that apply.*

Henry Schein One/Ascend

Henry Schein One/Ascend

135 Duryea Road

Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,454.09**
*Check all that apply.*

Henry Schein RS

135 Duryea Road

Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,968.04**
*Check all that apply.*

Holland & Knight LLP

524 Grand Regency Blvd Brandon FL 33510

524 Grand Regency Boulevard

Brandon, FL 33510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Attorney Fees**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,565.31**
*Check all that apply.*

Insty Prints

4360 S. Congress 104

Austin, TX 78745

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Debtor  **Specialty Dental Holdings, LLC**
Name

Case number *(if known)*

| Part 2: | Additional Page |

**3.29** Nonpriority creditor's name and mailing address
**IOS**

**12811 Capricorn Street**

**Stafford, TX 77477**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$102.27

---

**3.30** Nonpriority creditor's name and mailing address
**Itemp Now**

**3108 Bradford St.**

**Woodbridge, VA 22193**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$47,368.07

---

**3.31** Nonpriority creditor's name and mailing address
**James Usdan**

**607 Cutlass**

**Austin, TX 78734**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,700.99

---

**3.32** Nonpriority creditor's name and mailing address
**James Usdan**

**607 Cutlass**

**Austin, TX 78734**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting Fee**

Is the claim subject to offset?
☑ No
☐ Yes

$11,500.00

Debtor  **Specialty Dental Holdings, LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |

---

**3.33** Nonpriority creditor's name and mailing address

Joseph Keane

330 Franklin Road 135A-159

Brentwood, TN 37027

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan Debt- Insider

Is the claim subject to offset?
☑ No
☐ Yes

$13,000.00

---

**3.34** Nonpriority creditor's name and mailing address

Komet USA, LLC

3042 Southcross Blvd 101

Rock Hill, SC 29730

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$67.16

---

**3.35** Nonpriority creditor's name and mailing address

Laine Ramsey Orthodontics Lab

6116 Richardson Lane Austin TX

6116 Richardson Lane

Austin, TX 78741

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 409,00

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.36** Nonpriority creditor's name and mailing address

Larry Yazbeck

1353 Todd Drive

Dallas, TX 75203

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

Debtor  **Specialty Dental Holdings, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.37** Nonpriority creditor's name and mailing address

**Magical Rewards, LLC**

**PO Box 366**

**Grandview, TX 76050**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$556.58

---

**3.38** Nonpriority creditor's name and mailing address

**Mesa Labs**

**12100 W 6th Ave**

**Denver, CO 80228**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,100.50

---

**3.39** Nonpriority creditor's name and mailing address

**MME**

**4715 Duckhorn Drive**

**Sacramento, CA 95834**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$20,002.48

---

**3.40** Nonpriority creditor's name and mailing address

**National Pen**

**PO Box 847203**

**Dallas, TX 75284**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,534.88

---

Debtor   **Specialty Dental Holdings, LLC**                              Case number *(if known)* _____
         Name

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $2,660.20 |

**3.41** **Nonpriority creditor's name and mailing address**

Nu Smile

3315 W 12th

Houston, TX 77008

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,660.20

---

**3.42** **Nonpriority creditor's name and mailing address**

P&G Oral Health

24808 Network Place

Chicago, IL 60673

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$227.06

---

**3.43** **Nonpriority creditor's name and mailing address**

Palmera Project, LLC

1301 S. Capital of Texas Hwy C-110

Austin, TX 78746

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$7,416.67

---

**3.44** **Nonpriority creditor's name and mailing address**

Pitney Bowes

27 Waterview Drive

Shelton, CT 06484

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$412.05

Debtor  **Specialty Dental Holdings, LLC**                                    Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |
| --- | --- |

**3.45** Nonpriority creditor's name and mailing address

Premier Rewards

31248 Fawn View Lane Spring TX 77386

31248 Fawn View Lane

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,368.60

---

**3.46** Nonpriority creditor's name and mailing address

Pure Water Partners

Dept CH 19648

Palatine, IL 60055

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$674.02

---

**3.47** Nonpriority creditor's name and mailing address

Quench

Quench

630 Allendale Road 200

King of Prussia, PA 19406

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$108.14

---

**3.48** Nonpriority creditor's name and mailing address

Sadie Tamplin

1271 Doster Road

Madison, GA 30650

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$11,000.00

Debtor **Specialty Dental Holdings, LLC**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,550.00
Sedadent Anesthia

Sedadent Anesthia

3401 Royal Vista Blvd A100

Round Rock, TX 78681

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.37
Stan Hemphill - Chief Appraiser

PO Box 098 Burnet TX 78611

PO Box 098

Burnet, TX 78611

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Local tax claims

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $723.71
Stericycle

28883 Network Place

Chicago, IL 60673

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00
Sterling Bennet

1000 Broadway 250

Oakland, CA 94607

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Debtor  **Specialty Dental Holdings, LLC**
Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |
|---|---|

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,382.39 |
|---|---|---|---|

**3.53**
Nonpriority creditor's name and mailing address
**Terminix**

**PO Box 802155 Chicago IL 60680**

**PO Box 802155**

**Chicago, IL 60680**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,382.39

---

**3.54**
Nonpriority creditor's name and mailing address
**Texas Health Services**

**8407 Wall Street**

**Austin, TX 78754**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$236.00

---

**3.55**
Nonpriority creditor's name and mailing address
**The Dental Butler**

**49431 125 Ave SE**

**Snohomish, WA 98290**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,650.00

---

**3.56**
Nonpriority creditor's name and mailing address
**True Tech Solutions**

**Woodmont Avenue**

**Austin, TX 78703**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$550.00

| Debtor | **Specialty Dental Holdings, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

---

**3.57** **Nonpriority creditor's name and mailing address**

USOXO

5512 N U Hwy 281

Marble Falls, TX 78654

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,544.15

---

**3.58** **Nonpriority creditor's name and mailing address**

Waller Lansden Dorth & Davis LLP

100 Congress Avenue 1800

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorney's Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$64,964.26

---

**3.59** **Nonpriority creditor's name and mailing address**

Wells Fargo, N.A.

PO Box 77096

Minneapolis, MN 55480

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,398.38

---

**3.60** **Nonpriority creditor's name and mailing address**

Williamson County Tax Office

904 S. Main Street Georgetown TX 78626

904 S. Main Street

Georgetown, TX 78626

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Local taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,888.75

---

| Debtor | **Specialty Dental Holdings, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,315.43**
*Check all that apply.*

Xerox Corporation

PO Box 802555

Chicago, IL 60680

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,394.00**
*Check all that apply.*

Zentist

814 Mission Street Fl.6

San Francisco, CA 94103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    **Specialty Dental Holdings, LLC**
_____
Name

Case number *(if known)* _____

Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$511,924.30** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$511,924.30** |

Fill in this information to identify the case:

Debtor name _____ Specialty Dental Holdings, LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Specialty Dental Holdings, LLC**_____

United States Bankruptcy Court for the: _____**Western**____ District of ____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ | | |
| | City        State        ZIP Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ | | |
| | City        State        ZIP Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ | | |
| | City        State        ZIP Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ | | |
| | City        State        ZIP Code | | |
| 2.5 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ | | |
| | City        State        ZIP Code | | |

Debtor  **Specialty Dental Holdings, LLC**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.6 | _____ | _____ Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H  **Schedule H: Codebtors**  page __2__ of __2__

**Fill in this information to identify the case:**

Debtor name _____ Specialty Dental Holdings, LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals  12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. | $0.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... | $0.00 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................... | + $511,924.30 |

4. **Total liabilities**................................................................................................................................ | $511,924.30 |
   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | Specialty Dental Holdings, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.  Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY  MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY  MM/ DD/ YYYY | _____ | _____ |

Debtor   Specialty Dental Holdings, LLC                                    Case number (if known)
         Name

---

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State    ZIP Code | _____<br>_____<br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State    ZIP Code | _____<br>_____<br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br>_____ | | | |

**5.**  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

---

Debtor ___Specialty Dental Holdings, LLC_____ Case number *(if known)* _____
    Name

5.1. _____      _____      _____      _____

    Creditor's name

    _____

    Street

    _____

    _____

    City        State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City  State  ZIP Code | _____<br><br>XXXX– __ __ __ | _____ | _____ |

---

## Part 3: Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br><br>_____ | _____ | Name<br>_____<br>Street<br>_____<br><br>_____<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    23-10498-smr  Doc#1  Filed 07/10/23  Entered 07/10/23 12:28:33  Main Document    Pg 40 of
          Specialty Dental Holdings, LLC                                    62                  Case number (if known)
          Name

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|------|----------------------------------|--------------------------------|-----------|
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | City          State    ZIP Code | **Case number** | Street |
| | | **Date of order or assignment** | City          State    ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|------|----------------------------------|-----------------------------------------------|-----------------|-----------|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

Debtor _____ 23-10498-smr  Doc#1  Filed 07/10/23  Entered 07/10/23 12:28:33  Main Document  Pg 41 of
          Specialty Dental Holdings, LLC                                                  62
          Name                                                          Case number *(if known)* _____

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City          State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City          State     ZIP Code

**Relationship to debtor**

_____

Debtor    Specialty Dental Holdings, LLC    23-10498-smr  Doc#1  Filed 07/10/23  Entered 07/10/23 12:28:33  Main Document  Pg 42 of 62

Name                                                                                    Case number *(if known)*

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| City        State    ZIP Code | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | | |
| Facility name | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City        State    ZIP Code | | *Check all that apply:* |
| | | ☐ Electronically |
| | | ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor __Specialty Dental Holdings, LLC__    Case number (if known) _____
     Name

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City  State  ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City  State  ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor   Specialty Dental Holdings, LLC                                    Case number *(if known)*
         Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

Name

Street

| | | **Address** | |

City          State      ZIP Code

Does debtor still have it?
☐ No
☐ Yes

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

Name

Street

City          State      ZIP Code

---

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Case number** | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State      ZIP Code | | |

---

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| | | |
| City        State    ZIP Code | | |

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

Debtor  Specialty Dental Holdings, LLC                                    Case number (if known)
        Name

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ | From _____ To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| _____ | |
| City              State         ZIP Code | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____ To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| _____ | |
| City              State         ZIP Code | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | _____ |
| _____ | _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| _____ | |
| City              State         ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City              State         ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. _____

Name

_____

Street

_____

_____

City            State           ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| _____ | _____ | _____ | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. _____ | _____ | _____ | _____ |

Name

_____

Street

_____

_____

City            State           ZIP Code

| Relationship to debtor |
| --- |

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

Specialty Dental Holdings, LLC                          Case number *(if known)*
Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     <u>07/10/2023</u>
             MM/ DD/ YYYY

**X** <u>/s/ James Usdan</u>             Printed name              <u>James Usdan</u>
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor        <u>CEO</u>

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name _____ Specialty Dental Holdings, LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Alamo Welding Supply Company PO Box 6356 Austin TX 78762 PO Box 6356 Austin, TX 78762 | | | | | | $4,156.52 |
| 2  American Orthodontics 3524 Washington Avenue Sheboygan, WI 53081 | | | | | | $8,154.08 |
| 3  Atrium-HC 608 Gateway Central Marble Falls, TX 78654 | | | | | | $59,682.70 |
| 4  Austin II, SIV, LLC 7900 Glades Road 600 Boca Raton, FL 33434 | | | | | | $70,884.84 |
| 5  BencoDenta; PO Box 491 Pittston, PA 18640 | | | | | | $5,596.11 |
| 6  Design Ergonomics 198 Airport Road Fall River, MA 02720 | | | | | | $4,822.50 |
| 7  Design Ergonomics, Inc. Design Ergonomics, Inc. 198 Airport Road Fall River, MA 02720 | | | | | | $9,817.50 |
| 8  G&H Orthodontics 40 Linville Way Franklin, IN 46131 | | | | | | $5,003.77 |

Debtor  Specialty Dental Holdings, LLC        Case number *(if known)* _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Harris & Ward 333 E Short Street 120 Lexington, KY 40507 | | Trade Debt | | | | $20,440.00 |
| 10 | Henry Schein HC 135 Duryea Road Melville, NY 11747 | | Trade Debt | | | | $14,270.52 |
| 11 | Henry Schein One/Ascend Henry Schein One/Ascend 135 Duryea Road Melville, NY 11747 | | | | | | $20,735.35 |
| 12 | Henry Schein RS 135 Duryea Road Melville, NY 11747 | | Trade Debt | | | | $21,454.09 |
| 13 | Holland & Knight LLP 524 Grand Regency Blvd Brandon FL 33510 524 Grand Regency Boulevard Brandon, FL 33510 | | Attorney Fees | | | | $27,968.04 |
| 14 | Itemp Now 3108 Bradford St. Woodbridge, VA 22193 | | Trade Debt | | | | $47,368.07 |
| 15 | MME 4715 Duckhom Drive Sacramento, CA 95834 | | Trade Debt | | | | $20,002.48 |
| 16 | Palmera Project, LLC 1301 S. Capital of Texas Hwy C-110 Austin, TX 78746 | | Trade Debt | | | | $7,416.67 |
| 17 | Sadie Tamplin 1271 Doster Road Madison, GA 30650 | | Trade Debt | | | | $11,000.00 |
| 18 | Waller Lansden Dorth & Davis LLP 100 Congress Avenue 1800 Austin, TX 78701 | | Attorney's Fees | | | | $64,964.26 |
| 19 | Wells Fargo, N.A. PO Box 77096 Minneapolis, MN 55480 | | Unsecured Credit | | | | $7,398.38 |
| 20 | Williamson County Tax Office 904 S. Main Street Georgetown TX 78626 904 S. Main Street Georgetown, TX 78626 | | Local taxes | | | | $5,888.75 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**    Specialty Dental Holdings, LLC

Case No. _____

**Debtor**    Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................ _____ $0.00

Prior to the filing of this statement I have received ............................................................... _____ $0.00

Balance Due ......................................................................................................................... _____ $0.00

2.    The source of the compensation paid to me was:

☑ Debtor         ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor         ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 07/10/2023 | /s/ Stephen W. Sather |
|---|---|
| *Date* | Stephen W. Sather |
| | *Signature of Attorney* |

Barron & Newburger, P.C.
7320 N. MoPac Expressway 400
Austin, TX 78731
Phone: (512) 476-9103 x220

Barron & Newburger, P.C.
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Specialty Dental Holdings, LLC**                                      CASE NO

                                                                                              CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____07/10/2023_____     Signature _____/s/ James Usdan_____

                                                                                        James Usdan, CEO

Air Supply of North Texas
2829 Fort Worth Ave
Dallas, TX 75211

Alamo Welding Supply
Company
PO Box 6356 Austin TX 78762
PO Box 6356
Austin, TX 78762

American Orthodontics
3524 Washington Avenue
Sheboygan, WI 53081

American Orthodontist
American Orthodontist
3524 Washington Avenue
Sheboygan, WI 53081

AOA Orthodontics Lab
1717 W Collins Ave Orange CA 92867
1717 W Collins Avenue
CA 92687

Atkins Pharmacy Services
701 Third Street
Marble Falls, TX 78654

Atrium-HC
608 Gateway Central
Marble Falls, TX 78654

Austin II, SI V, LLC
7900 Glades Road 600
Boca Raton, FL 33434

BencoDenta;
PO Box 491
Pittston, PA 18640

Cloud Dentistry
10 Mansell Court East 100
Roswell, GA 30076

Communication By Hand
PO Box 9064
Austin, TX 78766

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

DDS Match South
330 Franklin Road 135A-177
Brentwood, TN

Design Ergonomics
198 Airport Road
Fall River, MA 02720

Design Ergonomics, Inc.
Design Ergonomics, Inc.
198 Airport Road
Fall River, MA 02720

Discus Dental
PO Box 847632
Dallas, TX 75284

DynaFlex
8050 Hawk Ridge Trail Lake
Lake Saint Louis, MO 63367

Foley Fire Extinguisher
Company
PO Box 2791
Cedar Park, TX 78630

G&H Orthodontics
40 Linville Way
Franklin, IN 46131

G3 Plumbing
2930 FM 917
Georgetown, TX 78626

Harris & Ward
333 E Short Street 120
Lexington, KY 40507

Harris & Ward
Harris & Ward
333 E Short Street 120
Lexington, KY 40507

Henry Schein
135 Duryea Road w
Melville, NY 11747

Henry Schein HC
135 Duryea Road
Melville, NY 11747

### Henry Schein One/Ascend
Henry Schein One/Ascend
135 Duryea Road
Melville, NY 11747

### Henry Schein RS
135 Duryea Road
Melville, NY 11747

### Holland & Knight LLP
524 Grand Regency Blvd Brandon FL
33510
524 Grand Regency Boulevard
Brandon, FL 33510

### Insty Prints
4360 S. Congress 104
Austin, TX 78745

### IOS
12811 Capricorn Street
Stafford, TX 77477

### Itemp Now
3108 Bradford St.
Woodbridge, VA 22193

### James Usdan
607 Cutlass
Austin, TX 78734

### Joseph Keane
330 Franklin Road 135A-159
Brentwood, TN 37027

Komet USA, LLC
3042 Southcross Blvd 101
Rock Hill, SC 29730

Laine Ramsey Orthodontics
Lab
6116 Richardson Lane Austin TX
6116 Richardson Lane
Austin, TX 78741

Larry Yazbeck
1353 Todd Drive
Dallas, TX 75203

Magical Rewards, LLC
PO Box 366
Grandview, TX 76050

Mesa Labs
12100 W 6th Ave
Denver, CO 80228

MME
4715 Duckhom Drive
Sacramento, CA 95834

National Pen
PO Box 847203
Dallas, TX 75284

Nu Smile
3315 W 12th
Houston, TX 77008

P&G Oral Health
24808 Network Place
Chicago, IL 60673

Palmera Project, LLC
1301 S. Capital of Texas Hwy C-110
Austin, TX 78746

Pitnery Bowes
27 Waterview Drive
Shelton, CT 06484

Premier Rewards
31248 Fawn View Lane Spring TX 77386
31248 Fawn View Lane

Pure Water Partners
Dept CH 19648
Palatine, IL 60055

Quench
Quench
630 Allendale Road 200
King of Prussia, PA 19406

Sadie Tamplin
1271 Doster Road
Madison, GA 30650

Sedadent Anesthia
Sedadent Anesthia
3401 Royal Vista Blvd A100
Round Rock, TX 78681

## Stan Hemphill - Chief Appraiser
PO Box 098 Burnet TX 78611
PO Box 098
Burnet, TX 78611

## Stericycle
28883 Network Place
Chicago, IL 60673

## Sterling Bennet
1000 Broadway 250
Oakland, CA 94607

## Terminix
PO Box 802155 Chicago IL 60680
PO Box 802155
Chicago, IL 60680

## Texas Health Services
8407 Wall Street
Austin, TX 78754

## The Dental Butler
49431 125 Ave SE
Snohomish, WA 98290

## True Tech Solutions
Woodmont Avenue
Austin, TX 78703

## USOXO
5512 N U Hwy 281
Marble Falls, TX 78654

Waller Lansden Dorth & Davis LLP
100 Congress Avenue 1800
Austin, TX 78701


Wells Fargo, N.A.
PO Box 77096
Minneapolis, MN 55480


Williamson County Tax Office
904 S. Main Street Georgetown TX 78626
904 S. Main Street
Georgetown, TX 78626


Xerox Corporation
PO Box 802555
Chicago, IL 60680


Zentist
814 Mission Street Fl.6
San Francisco, CA 94103

## MAJORITY CONSENT

The undersigned, being the controlling officers of Specialty Dental Holdings, LLC, of which Grow Pediatric Management, LLC is a subsidiary of Specialty Dental Holdings, LLC, do adopt the following resolution by management consent:

1. Grow Pediatric Management, LLC is authorized to file Chapter 11 bankruptcy.
2. Grow Pediatric Management, LLC. is authorized to employ Barron & Newburger, P.C. as its bankruptcy counsel.
3. Grow Pediatric Management, LLC is authorized to employ Holland & Knight, LLP as special counsel.
4. James Usdan is authorized to sign all documents on behalf of Grow Pediatric Management, LLC.

Dated:  July 10, 2023.

Printed Name:
James Usdan