**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 14, 2023**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § § | Chapter 11 |
| Specialty Dental Holdings, LLC | § | Lead Case No. 23-10498 |
| Specialty Dental Management, LLC | § | Second Case No. 23-10499 |
| Specialty Orthodontics, LLC | § | Third Case No. 23-10500 |
| Grow Pediatric Management, LLC | § | Fourth Case No. 23-10501 |
| | § | |
| Jointly administered Debtors. | § | (Jointly Administered) |

### ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

Upon consideration of the motion (the "*Motion*")[2] filed by the above-captioned Debtors; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and upon consideration of the Declaration in support thereof; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court

_____

having found that venue of this proceeding in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances; and the Court having reviewed the Motion and having considered statements in support of the Motion at the hearing held before this Court (the "***Hearing***"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS THEREFORE ORDERED

1. The Motion is granted as set forth herein.

2. The Chapter 11 Cases of the above-captioned Debtors shall be jointly administered in accordance with the terms of this Order.

3. Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only.

4. The Debtors' bankruptcy cases are to be jointly administered under *In re Specialty Dental Holdings, LLC*, et al, Case No. 23-10498.

5. Judge Robinson shall preside over these jointly administered cases.

**6.** The joint caption of the Debtors' cases shall read as shown in attached **Exhibit 1** attached hereto.

7. All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of *In re Specialty Dental Holdings, LLC*, et al, Case No. 23-10498.

8. All proofs of claim shall be filed under the case number representing the individual Debtor's estate against which the claim is made.

9. A docket entry shall be made in each of the Debtors' cases substantially as follows:

*An order has been entered in this case directing the joint administration of the chapter 11 cases of Specialty Dental Holdings, LLC.*

10. This order shall be served by the Debtors on interested parties and all parties included on the master service list.

### #

Prepared and submitted by:

**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expwy, Suite 400
Austin, Texas 78731
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile


**PROPOSED COUNSEL FOR THE DEBTORS**

# EXHIBIT 1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § § | Chapter 11 |
| Specialty Dental Holdings, LLC | § | Lead Case No. 23-10498 |
| Specialty Dental Management, LLC | § | Second Case No. 23-10499 |
| Specialty Orthodontics, LLC | § | Third Case No. 23-10500 |
| Grow Pediatric Management, LLC | § § | Fourth Case No. 23-10501 |
| Jointly administered Debtors. | § | (Jointly Administered) |