**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| SPECIALTY DENTAL HOLDINGS, LLC, | § | Lead Case No. 23-10498-smr |
| SPECIALTY DENTAL MANAGEMENT, | § | Second Case No. 23-10501-smr |
| LLC, SPECIALTY ORTHODONTICS, | § | Third Case No. 23-10500-smr |
| LLC, GROW PEDIATRIC | § | Fourth Case No. 23-10499-smr |
| MANAGEMENT, LLC, | § | |
| | § | |
| Debtors-in-Possession | § | Jointly Administered |
| | § | |

**EXHIBIT AND WITNESS LIST**
**OF ARWA OWAIS, DDS, MS**
**FINAL HEARING ON MOTION TO PAY PRE-PETITION WAGES**

COMES NOW Arwa Owais, DDS, MS ("Dr. Owais"), through her undersigned counsel, and submits this exhibit and witness lists for the final hearing on Debtors' Motion to Pay Prepetition Wages.

## Exhibit List

1. Hearing Transcript from July 13, 2023 Hearing on Debtors' Motion to Pay Prepetition Wages
2. Dr. Owais May 25, 2022 Check to Specialty Dental Management
3. Dr. Owais Employment Agreement with Specialty Dental Management
4. Dr. Owais Promissory Note with Grow Pediatric Management
5. Letter to Dr. Owais – Termination of Employment Agreement
6. Summary Specialty Dental Holdings – Amounts Due to Singh Orthodontics, PC / SDP-000454 – SDP-000458
7. Specialty Dental Holdings, LLC Transaction Detail by Account / SDP-000459 – SDP-000812

Dr. Owais reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any documents, including bankruptcy pleadings.

## WITNESS LIST

Dr. Arwa reserves the right to call any or all of the following as witnesses, including but not limited to:

1. James Usdan

2. Joseph Keane

3. Any witness listed, offered, or called by any other party;

4. Any witness required for rebuttal or impeachment

      Respectfully submitted,

      GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
      401 Congress Avenue, Suite 2700
      Austin, TX 78701
      Telephone: 512.480.5626
      Facsimile: 512.480.5820

      By: /s/ *Brian T. Cumings*
       Brian T. Cumings
       State Bar No. 24082882
       bcumings@gdhm.com
       Christopher H. Trickey
       State Bar No. 24014720

      **ATTORNEYS FOR ARWA OWAIS, DDS, MS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all ECF participants registered to receive electronic notice in this bankruptcy proceeding, including those listed below, and by US First Class Mail to those below.

Specialty Dental Holdings, LLC
1500 SAW Grimes Blvd., Suite 190
Round Rock, TX 78664

Specialty Dental Mgt., LLC
607 Cutlas
Austin, TX 78734

Stephen W. Sather
Barron & Newburger, PC
7320 N. MoPac Expressway
Greystone II, Suite 400
Austin, TX 78731

Office of the United States Trustee
903 San Jacinto Blvd., Rm 230
Austin, TX 78701

Michael Colvard
Martin & Drought, PC
Weston Centre
112 E. Pecan St., Suite 1616
San Antonio, TX 78205

/s/ *Brian T. Cumings*
Brian T. Cumings

4583655.v1