# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| | § | |
| SPECIALTY DENTAL HOLDINGS, LLC | § | Lead Case No. 23-10498 |
| SPECIALTY DENTAL MANAGEMENT, LLC | § | Second Case No. 23-10501 |
| SPECIALTY ORTHODONTICS, LLC | § | Third Case No. 23-10500 |
| GROW PEDIATRIC MANAGEMENT, LLC | § | Fourth Case No. 23-10499 |
| | § | |
| Jointly Administered Debtors. | § | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST

| Hearing Information | |
|---|---|
| Judge: | Hon. Shad Robinson |
| Hearing Date: | August 7, 2023 |
| Hearing Time: | 10:00 AM (CT) |
| Party's Name: | Specialty Dental Holdings, LLC, Grow Pediatric Management, LLC Specialty Orthodontics, LLC, Specialty Dental Management |
| Attorney's Name: | Charles I. Murnane, Stephen W. Sather |
| Attorney's Phone: | (512) 476-9103 x 220 |
| Nature of Proceeding: | Motion For Entry of an Order Authorizing Payment of Prepetition Wages in the Ordinary Course of Business |
| Witnesses | Joe Keane<br>Sadie Tamplin<br>Jeff Batzel<br>James Usdan<br>Tiffany Sparks |

| Exhibits | | | | | |
|---|---|---|---|---|---|
| *Ex.* | *Description* | | *Offered* | *Objection* | *Admitted* | *Disposition* |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Payroll Report June 30, 2023 | | | | |
| 2 | Payroll Report July 14, 2023 | | | | |
| 3 | Payroll Report, July 28, 2023 | | | | |

Debtor reserves the right to supplement, amend, or delete any witness and exhibit prior to the hearing. The Debtor also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document.

DATED: August 7, 2023

Respectfully Submitted,

BARRON & NEWBURGER, P.C.
7320 N. Mopac Expwy, Suite 400
Austin, Texas 78731
(512) 476-9103 Ext. 220
(512) 476-9253 Facsimile

/s/*Stephen W. Sather*
Stephen W. Sather
State Bar No. 17657520

Charles I. Murnane
SBN 24074775
ATTORNEYS FOR DEBTORS