

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 07, 2023.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11, Subchapter V |
| | § | |
| SPECIALTY DENTAL HOLDINGS, LLC | § | Lead Case No. 23-10498 |
| SPECIALTY DENTAL MANAGEMENT, LLC | § | Second Case No. 23-10501 |
| SPECIALTY ORTHODONTICS, LLC | § | Third Case No. 23-10500 |
| GROW PEDIATRIC MANAGEMENT, LLC | § | Fourth Case No. 23-10499 |
| | § | |
| Jointly Administered Debtors. | § | (Jointly Administered) |

**ORDER DIRECTING U.S. TRUSTEE TO**
**APPOINT A PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. §333**

On July 10, 2023, Specialty Dental Holdings, LLC, Specialty Dental Management, LLC, Specialty Orthodontics, LLC, and Grow Pediatric Management, LLC (the "Jointly Administered Debtors") filed voluntary petitions under Chapter 11, Subchapter V. An order granting joint administration of the cases was entered on July 14, 2023 [Lead Case No. 23-10498, ECF No. 8]. According to the voluntary petitions, the Jointly Administer Debtors operate "health care businesses."

1

2

Under 11 U.S.C. § 333(a)(1) and Bankruptcy Rule 2007.2(a), the Court is required to order the appointment of a patient care ombudsman not later than 30 days after the commencement of the case, unless, on motion by a party in interest, the Court finds that the appointment is not necessary for the protection of patients. As no motion to waive appointment of a patient care ombudsman has been timely filed, the Court finds that the following Order should be entered.

IT IS THEREFORE ORDERED that the United States Trustee shall appoint a patient care ombudsman under 11 U.S.C. §333 to monitor the quality of patient care and to represent the interests of the patients of the health care business of the Jointly Administered Debtors.

###